MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader, CA Bar No. 149638
300 South Grand Avenue
Twenty-Second floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501
david.schrader@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Kevin M. Papay, CA Bar No. 274161
Arianna Metheny, CA Bar No. 359571
600 Montgomery Street, Suite 2300
San Francisco, CA  94111-2725
Tel:     +1.415.442.1000
Fax:     +1.415.442.1001
kevin.papay@morganlewis.com
arianna.metheny@morganlewis.com

Attorneys for Defendant TESLA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGID KENNEDY, AS ADMINISTRATOR OF THE ESTATE OF KEVIN COLUMB LYNCH,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC.; AND DOES 1-75; PADRAIG LYNCH, DEIRDRE WASHBURN; KILLEEN TAPIA; MACOURNEEN BACA; VENETIA CHENAULT; AUDREY PFEIFFER; AND DOES 76-100,<br><br>Defendants. | Case No.<br><br>(Monterey County Superior Court, Case No. 25cv006697)<br><br>**DECLARATION OF KEVIN M. PAPAY IN SUPPORT OF DEFENDANT TESLA, INC.'S NOTICE OF REMOVAL**<br><br>[28 U.S.C. §§ 1332, 1441, 1446] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

## DECLARATION OF KEVIN M. PAPAY

I, Kevin M. Papay, declare as follows:

1.      I am an attorney admitted to practice before the United States District Court, Northern District of California.  I am a partner at the law firm Morgan, Lewis & Bockius LLP, counsel of record for Defendant Tesla, Inc. ("Tesla") in the above captioned matter.  I have personal knowledge of all the facts set forth herein, and if called upon to do so by the court, could and would testify competently thereto.  As to those matters stated upon information and belief, I am informed and believe such matters to be true.

2.      This declaration is offered in support of Tesla's Notice of Removal to the United States District Court for the Northern District of California under 28 U.S.C. §§ 1441(b) and 1332.

3.      A true and correct copy of the Plaintiff's original Complaint filed on December 30, 2025 in the Superior Court of the State of California for the County of Monterey is attached hereto as **Exhibit A**.

4.      Tesla is a Texas corporation, and its principal place of business is located in Texas, as reflected in the Statement of Information filed with the California Secretary of State's office attached hereto as **Exhibit H**.

5.      Plaintiff is a resident and citizen of the State of Kansas, County of Barton.

6.      A true and correct copy of the summons and Complaint that Plaintiff served on March 4, 2026 are attached hereto as **Exhibit B**.

7.      A true and correct copy of a March 31, 2026 email exchange between Tesla's counsel and Plaintiff's counsel where Plaintiff's counsel agreed to a 15-day extension of Tesla's deadline to respond to the Complaint is attached hereto as **Exhibit C**.

8.      A true and correct copy of the Answer that Tesla filed on April 17, 2026 is attached hereto as **Exhibit D**.

9.      A true and correct copy of the Request for Statement of Damages that Tesla served on April 20, 2026 is attached hereto as **Exhibit E**.

10.      A true and correct copy of the Statement of Damages that Plaintiff served on May

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7, 2026 is attached hereto as **Exhibit F**.

11.    A true and correct copy of the May 29, 2026 email from Plaintiff's counsel confirming—as a follow-up to Plaintiff's Statement of Damages served on May 7, 2026—that Plaintiff's estimated damages "are in excess of $75,000" is attached hereto as **Exhibit G**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of June, 2026 at Lafayette, California.

Kevin M. Papay

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF KEVIN M. PAPAY ISO DEFENDANT TESLA, INC.'S NOTICE OF REMOVAL